UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

IN RE:                                                )
    Derek Dale Gottwalt                      )
    Heather Marie Gottwalt                   )
    Debtors                                         ) No. 17-81397
                                                        )

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

Now Comes Debtors, Derek & Heather Gottwalt, by their attorney Bruce A. Buckrop, and moves to modify their chapter 13 plan.

Debtor states as follows:

1. Debtor has received a bonus of $6,712.55.

2. Debtors have unexpected expenses of $8,423.00:

    a. $2,700.00 for child's braces

    b. $2,425.00 repairs to broken tub

    c. $3,298.00 to replace furnace

Moves to modify as follows:

1. Debtor to retain 2017 bonus.

2. Plan payments to remain the same.

3. Plan term to remain the same.

WHEREFORE, the Debtors pray that the Motion to Modify the Plan after Confirmation be sustained.

                                    Derek & Heather Gottwalt, Debtors

                                         /s/      Bruce A Buckrop
                                    Bruce A Buckrop, Debtors Attorney

Prepared By:
Buckrop & VanDeVelde, PC
The Law Centre #500
329 18th Street
Rock Island, IL 61201
Phone (309) 788-2747
Fax (309) 793-4090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

IN RE:                                               )
    Derek Dale Gottwalt                       )
    Heather Marie Gottwalt                    )
    Debtors                                          ) No. 17-81397
                                                           )

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018 I electronically filed Motion to Modify Plan with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following by electronic mail:

- Richard Aronow    raronow@logs.com, bk_il_notice@fisherandshapirolaw.com
- Marsha L Combs-Skinner    Trusteecs@Danville13.com, marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
- Amanda J. Wiese    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

I hereby certify that on February 19, 2018, I mailed such documents by first-class U.S. mail, postage prepaid, and properly addressed to the following:

Derek & Heather Gottwalt
317 E Park Street
Geneseo, IL 61254

Date: February 19, 2018                                         /s/Mary Kay VanDeVelde