# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| IN RE: ) | |
|    DEREK DALE GOTTWALT and ) | |
|    HEATHER MARIE GOTTWALT, ) | Case No.17-81397 |
| ) | |
|    Debtors. ) | Chapter 13 |

### RESPONSE TO THE MOTION TO MODIFY

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by Kevin Hays, her attorney, for her Response to the Motion to Modify states to the Court as follows:

1. On September 28, 2017, the Debtors filed a voluntary petition for relief under chapter 13 of Title 11 of the United States Code.

2. On December 26, 2017, the Plan proposed by the Debtors was confirmed.

3. The Debtors' Motion to Modify seeks to retain and use both the Debtors bonus and tax refunds for expenses incurred by the Debtors.

4. The Trustee must receive documentation with respect to the claimed expenses showing who will perform the work and what work will actually be performed.

5. Additionally, at the conclusion of each of the transactions, the Trustee must receive some documentation as to the amount that was actually paid.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by counsel, prays that the Court enter an order denying the Motion to Modify and for such other relief as may be just and equitable.

                                                    Respectfully Submitted by
                                                    Marsha L. Combs-Skinner,
                                                    Chapter 13 Standing Trustee

                                                    By: /s/ Kevin Hays
                                                        Staff Attorney for the
                                                    Chapter 13 Standing Trustee
                                                    Central District of Illinois
                                                    108 S. Broadway, P.O. Box 349
                                                    Newman, IL 61942

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon, Bruce Buckrop, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on March 12, 2018, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Derek Dale Gottwalt
Heather Marie Gottwalt
317 E. Park Street
Geneseo, IL 61254

By: /s/ Kevin Hays
Staff Attorney