Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*  Derek Dale Gottwalt and Heather Marie Gottwalt    *Case No.:* 17–81397

*Debtor*

*Chapter:* 13

---

**PLEASE TAKE NOTICE** that a Hearing will be held at

US Courthouse and Post Office, 211 19th St, Room 226, Rock Island, IL 61201

on 4/19/18 at 10:15 AM

to consider and act upon the following:

Debtors' Motion to Modify the Chapter 13 Plan and Objection thereto by trustee Marsha Combs–Skinner.

Dated: 3/12/18

/S/  Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.